UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

—————————————————————X
BASF CORPORATION,

           Plaintiff,

   -against-

INDEPENDENCE COLLISION CENTER L.L.C.,

           Defendant.
—————————————————————X

Civil Action No. 3:19-cv-00078-GCM

**DEFAULT JUDGMENT**

Upon consideration of plaintiff BASF Corporation's ("BASF") Motion for Default Judgment against defendant Independence Collision Center L.L.C. ("Defendant") pursuant to Fed. R. Civ. P. 55(b), and the attached Memorandum of Law, Declaration of Joshua H. Bennett, and Declaration of Thaddeous Green filed concurrently therewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that said Motion is granted.

**IT IS FURTHER ORDERED** that **JUDGMENT** by default as authorized by Fed. R. Civ. P. 55(b) is entered in favor of BASF and against Defendant, for the sum of $177,938.00 plus $1135.00 in costs.

*[Signature]*

Frank G. Johns, Clerk
United States District Court